# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **JOYCE WHITE,** | : | |
| Plaintiff, | : | Case No. 3:05cv0404 |
| v. | : | Judge Thomas M. Rose |
| **COPELAND CORPORATION, et al.,** | : | Magistrate Judge Sharon Ovington |
| Defendants. | : | |

## AGREED ORDER OF DISMISSAL

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice to the rights of Plaintiff to re-file the same cause or any part thereof. This dismissal includes all of Plaintiff's claims that were or could have been brought in this action.  Each party shall pay their own costs.

Dated: September 19, 2007               s/Thomas M. Rose
                                        JUDGE THOMAS M. ROSE

*APPROVED:*

| | |
|---|---|
| BRANNON & ASSOCIATES | SCHOTTENSTEIN, ZOX & DUNN, LPA |
| /s/ Dwight D. Brannon | /s/ Susan Porter |
| Dwight D. Brannon, Esq. (0021657) | Susan Porter, Esq. (0036867) |
| 130 West Second, Suite 900 | 250 West Street |
| Dayton, OH   45402 | Columbus, OH  43215 |
| (937) 228-2306 (telephone) | (614) 462-2314 (telephone) |
| (937) 228-8475 (facsimile) | (614) 462-5135 (facsimile) |
| *Trial Attorney for Plaintiff* | *Trial Attorney for Defendants* |

{H1007669.1 }